KESSNER UMEBAYASHI
 BAIN & MATSUNAGA
Attorneys At Law, A Law Corporation

STEVEN GUTTMAN     1289-0
220 South King Street, 19th Floor
Honolulu, Hawaii          96813
Telephone:     808/536.1900
Facsimile:      808/529.7177
Email:  sguttman@kdubm.com

Attorney for Defendant
PIONEER CREDIT RECOVERY, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALAN M. HIGA, | CIVIL NO. 07-00390 HG BMK |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES and ORDER** |
| vs. | |
| PIONEER CREDIT RECOVERY, INC., | |
| Defendant. | TRIAL DATE:  None |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES and ORDER**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff ALAN M. HIGA and Defendant PIONEER CREDIT RECOVERY, INC., by and through their respective counsel, and pursuant to Rule 41 of  the

Federal Rules of Civil Procedure, that all claims against all parties are hereby dismissed with prejudice.

All parties who have made an appearance in this case have signed this Stipulation. No motion for summary judgment has been filed by either party. No trial date has been set.

The parties are to bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaii, October 31, 2007.

/s/ John Harris Paer
JOHN HARRIS PAER
Attorney for Plaintiff

/s/ Steven Guttman
STEVEN GUTTMAN
Attorney for Defendant

APPROVED AND SO ORDERED:



/s/ Helen Gillmor
Chief United States District Judge

In re:  Alan M. Higa vs. Pioneer Credit Recovery, Inc.; Civil No. 07-00390 HG-BMK; Stipulation for Dismissal With Prejudice of All Claims and Parties and Order